# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RONALD DEAN BANDY, JR.

NO. 2026 KW 0207

**JUNE 1, 2026**

---

In Re:    Ronald Dean Bandy, Jr., applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 903019.

---

**BEFORE:   THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT DENIED ON THE SHOWING MADE IN PART AND WRIT DENIED IN PART.** Relator failed to include the memorandum in support of the application for postconviction relief, a complete copy of the State's response, the pertinent court minutes, and the relevant portions of the voir dire and trial transcripts. Additionally, relator failed to include assignments of error and brief the claims presented for review. Accordingly, this court cannot adequately review relator's claims of factual innocence, ineffective assistance of counsel, and prosecutorial misconduct. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before September 1, 2026. Any future filing on these issues must include the entire contents of this application, the missing items noted above, and a copy of this ruling. In all other respects, the writ application is denied. See La. Code Crim. P. arts. 930.4(B) & 930.4(C).

**MRT**
**KEB**
**BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana Supreme Court.